ACCEPTED
01-15-00921-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 8:49:26 AM
CHRISTOPHER PRINE
CLERK

# In The
# Court of Appeals
### For The
## First District of Texas

NO. 01-0 15-00921 -CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 8:49:26 AM
CHRISTOPHER A. PRINE
Clerk

Mark Trimble, *Appellant(s)*
Individually and as Assignee for
I. B. and Mildred Henderson

v.

Federal National *Appellee(s)*
Mortgage Association

On Appeal from the County Court at Law No 1
Galveston County, Texas
Trial Court Cause No. CV-0074257

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's name: Jeff Kilgove / Kilgove Mediation Services

State Bar of Texas identification number: 11399500

Mailing address: 2228 Mechanic Street
Suite 318
Galveston TX 77550

Telephone number: 409 939 6924

Fax number: 866-426-5517

e-mail address: Mediate4u@yahoo.com

Attorney's name: Mark Trimble
State Bar of Texas identification number: N/A
Mailing address: 1608 Alaska Ave League City TX 77573
Telephone number: 409 256 1019
Fax number: 409 877 1368
e-mail address: markctrimble@ymail.com
Counsel for:

Attorney's name: Lance Erickson
State Bar of Texas identification number: 24072509
Mailing address: 1225 W 15th St Suite 1060 Plano TX 75075
Telephone number: 214 291 3856
Fax number: 214 291 3801
e-mail address: lerickson@mccarthyholthus.com
Counsel for:
Federal National Mortgage Association

Attorney's name:
State Bar of Texas identification number:
Mailing address:
Telephone number:
Fax number:
e-mail address:
Counsel for:

2